IN RE HARTER.

[Cite as *In re Harter,* **137 Ohio St.3d 1260, 2013-Ohio-5486.**]

(No. 2013-1907—Submitted December 13, 2013—Decided December 17, 2013.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} On December 9, 2013, this court suspended respondent, Brian Wade Harter, for an interim period pursuant to Gov.Bar R. V(5)(A)(4). On December 12, 2013, the Board of Commissioners on Grievances and Discipline submitted a notice pursuant to Gov.Bar R. V(5)(D)(1)(c) notifying this court that respondent no longer was in default of the child-support order previously submitted to the court.

{¶ 2} On consideration thereof, it is ordered by the court that pursuant to Gov.Bar R. V(5)(D)(1), respondent, Brian Wade Harter, Attorney Registration No. 0055500, last known business address in Columbus, Ohio, be reinstated to the practice of law.

{¶ 3} It is further ordered that pursuant to Gov.Bar R. V(5)(D)(2), reinstatement of respondent shall not terminate any pending disciplinary proceedings against respondent.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____